UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | No. 24 CR 357 |
| v. | | |
| CHRISTOPHER YATES | | Honorable Steven C. Seeger |

**GOVERNMENT'S REVISED EXHIBIT LIST**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, the United States Attorney for the Northern District of Illinois, respectfully hereby submits its proposed exhibit list.[1]

| Exhibit Number | Demonstrative | Description |
|---|---|---|
| **Audio/Video Recordings** | | |
| 101 | | Law Enforcement Audio Recording from July 9, 2024 |
| 101-A | | Excerpt of 101 at 18:52 – 34:16 |
| 101-A Tr | ✓ | Transcript of 101-A |
| 101-B | | Excerpt of 101 at 34:37 – 41:05 |
| 101-B Tr | ✓ | Transcript of 101-B |
| 101-C | | Excerpt of 101 at 42:36 – 46:21 |
| 101-C Tr | ✓ | Transcript of 101-C |
| 102 | | Law Enforcement Video Recording from July 9, 2024 |
| 102-A | | Excerpt of 102 at 18:49 – 34:11 |
| 102-B | | Excerpt of 102 at 34:31 – 41:01 |
| 102-C | | Excerpt of 102 at 42:31 – 46:19 |

---

[1] The government respectfully requests leave to file and submit amended exhibit lists, if needed.

1

| Exhibit Number | Demonstrative | Description |
|---|---|---|
| 102-1 | | Still image from Law Enforcement Video Recording from July 9, 2024 |
| 102-2 | | Still image from Law Enforcement Video Recording from July 9, 2024 |
| 103 | | Mariano's Oak Lawn Security Footage from July 9, 2024 |
| 104 | | Law Enforcement Audio Recording from July 30, 2024 |
| 104-A | | Excerpt of 104 at 13:42 – 14:10 |
| 104-A Tr | ✓ | Transcript of 104-A |
| 104-B | | Excerpt of 104 at 27:37 – 28:02 |
| 104-B Tr | ✓ | Transcript of 104-B |
| 104-C | | Excerpt of 104 at 30:39 – 43:54 |
| 104-C Tr | ✓ | Transcript of 104-C |
| 104-D | | Excerpt of 104 at 44:56 – 46:02 |
| 104-D Tr | ✓ | Transcript of 104-D |
| 104-E | | Excerpt of 104 at 47:10 – 51:40 |
| 104-E Tr | ✓ | Transcript of 104-E |
| 104-F | | Excerpt of 104 at 1:10:42 – 1:16:21 |
| 104-F Tr | ✓ | Transcript of 104-F |
| 105 | | Law Enforcement Video Recording from July 30, 2024 |
| 105-A | | Excerpt of 105 at 12:20 – 12:48 |
| 105-B | | Excerpt of 105 at 26:17 – 26:42 |
| 105-C | | Excerpt of 105 at 29:17 – 42:34 |
| 105-D | | Excerpt of 105 at 43:36 – 44:42 |
| 105-E | | Excerpt of 105 at 45:51 – 50:21 |
| 105-F | | Excerpt of 105 at 1:09:22 – 1:15:02 |

2

| Exhibit Number | Demonstrative | Description |
|---|---|---|
| 105-1 | | Still image from Law Enforcement Video Recording from July 30, 2024 |
| 105-2 | | Still image from Law Enforcement Video Recording from July 30, 2024 |
| 106 | | Law Enforcement Video Recorded by HSI TFO Ayyad from July 30, 2024 |
| 107 | | Law Enforcement Video Recorded by HSI TFO Vogiatzis from July 30, 2024 |
| 108 | | Aerial Surveillance from July 30, 2024 |
| 108-A | | Excerpt from 108 at 0:43 – 1:45 |
| 108-B | | Except from 108 at 3:27 – 3:51 |
| 108-C | | Excerpt from 108 at 46:12 – 52:00 |
| 109 | | Excerpt of Recorded HSI Interview of Defendant on July 31, 2024 between 21:54 and 22:10 |
| 110 | | Excerpt of Body Worn Camera Footage from HSI Task Force Officer Eric Czajkowski's Body Worn Camera During Arrest of Christopher Yates on July 31, 2024 between 4:02 – 4:33 |
| 111 | | Compilation of 101-A and 102-A |
| 112 | | Compilation of 101-B and 102-B |
| 113 | | Compilation of 101-C and 102-C |
| 114 | | Compilation of 104-A and 105-A |
| 115 | | Compilation of 104-B and 105-B |
| 116 | | Compilation of 104-C and 105-C |
| 117 | | Compilation of 104-D and 105-D |
| 118 | | Compilation of 104-E and 105-E |
| 119 | | Compilation of 104-F and 105-F |
| 120 | | Law Enforcement Video Recorded by HSI Special Agent Garcia from July 9, 2024 |

3

| Exhibit Number | Demonstrative | Description |
|---|---|---|
| 121 | | Law Enforcement Video Recorded by HSI TFO Ayyad from July 9, 2024 |
| 122 | | Law Enforcement Video Recorded by HSI TFO Vogiatzis from July 9, 2024 |
| **Cook County Department of Corrections Jail Calls and Text Messages** | | |
| 201 | | March 20, 2024 Cook County Department of Corrections Jail Call between Individual D and Christopher Yates |
| 201-A | | Excerpt of March 20, 2024 Cook County Department of Corrections Jail Call between Individual D and Christopher Yates at 1:00 – 1:30 |
| 201-A Tr | ✓ | Transcript of 201-A |
| 201-B | | Excerpt of March 20, 2024 Cook County Department of Corrections Jail Call between Individual D and Christopher Yates at 10:16 – 16:40 |
| 201-B Tr | ✓ | Transcript of 201-B |
| 202 | | April 17, 2024 Cook County Department of Corrections Jail Call between Individual D and Christopher Yates |
| 202-A | | Excerpt of April 17, 2024 Cook County Department of Corrections Jail Call between Individual D and Christopher Yates at 00:42 – 1:15 |
| 202-A Tr | ✓ | Transcript of 202-A |
| 202-B | | Excerpt of April 17, 2024 Cook County Department of Corrections Jail Call between Individual D and Christopher Yates at 2:15 – 3:20 |
| 202-B Tr | ✓ | Transcript of 202-B |

| Exhibit Number | Demonstrative | Description |
|---|---|---|
| 202-C | | April 17, 2024 Cook County Department of Corrections Jail Call between Individual D and Christopher Yates at 4:23 – 5:46 |
| 202-C Tr | ✓ | Transcript of 202-C |
| 203 | | April 18, 2024 Cook County Department of Correction Jail Call between Individual D and Defendant |
| 203-A | | Excerpt of April 18, 2024 Cook County Department of Corrections Jail Call between Individual D and Christopher Yates at 00:42 – 1:15 |
| 203-A Tr | ✓ | Transcript of 203-A |
| 203-B | | Excerpt of April 18, 2024 Cook County Department of Corrections Jail Call between Individual D and Defendant at 10:00 – 12:20 |
| 203-B Tr | ✓ | Transcript of 203-B |
| 204 | | May 10, 2024 Cook County Department of Corrections Jail Call between Individual D and Defendant |
| 204-A | | May 10, 2024 Cook County Department of Corrections Jail Call between Individual D and Christopher Yates at 00:52 – 3:22 |
| 204-A Tr | ✓ | Transcript of 204-A |
| 205 | | Cook County Department of Corrections Call Detail Records Between Individual D and Christopher Yates |
| 206 | | Cook County Department of Corrections Text Messages Excerpted between Individual D and Victim A |

| Physical Exhibits | | |
|---|---|---|
| 301 | | Smith & Wesson .38 caliber pistol with serial number BEF6088 |
| 302 | | Five Hornady .38 caliber special ammunition |
| 303 | | $250 in U.S. currency |
| 304 | | iPhone with IMEI # 357641779794000, assigned phone number (708) 477-9234 |
| Cellular Evidence | | |
| 401A-G | | T-Mobile Records for 708-477-9234 |
| 402 | | WhatsApp Message from Christopher Yates to Cooperator 1 on July 22, 2024 |
| 403 | | Recorded telephone call between Cooperator 1 and Defendant on July 30, 2024 |
| 403_Tr | ✓ | Transcript of recorded telephone call between Cooperator 1 and Christopher Yates on July 30, 2024 |
| 404 | | FBI Special Agent Erthal CAST Report |
| Documentary Evidence | | |
| 501 | | IL Secretary of State Records for 2016 Ford Fusion, with License Plate Number BW78596 |
| 502 | | IL Secretary of State Records for 2019 Black Dodge Charger, with License Plate Number EJ21443 |
| 503 | | Known Fingerprint Standard for Christopher Yates |
| 504 | | Meta Platforms, Inc. Records for Facebook User "Pebble Navo" |
| 505 | | Circuit Court of Cook County Certified Case Summary for 20 CR 1180901, People of the State of Illinois vs. Brandon Wilson |

6

| | | |
|---|---|---|
| 506 | ✓ | T. Kern's Latent Print Examination PowerPoint Presentation |
| **Photographs** | | |
| 601 | | Photograph of Victim A's Facebook profile from July 28, 2024 |
| 602 | | Photograph from July 28, 2024 |
| 603 | | Photograph from July 28, 2024 |
| **Maps** | | |
| 701 | ✓ | Map of Mariano's Oak Lawn: 11000 S. Cicero Ave., Oak Lawn, Illinois |
| 702 | ✓ | Map of 3 Erie St., Oak Park, Illinois |
| 703 | ✓ | Map of 1843 S. Drake Ave., Chicago, Illinois |

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:  /s/ *Kirsten Moran*
KIRSTEN MORAN
MEGAN DONOHUE
Assistant United States Attorneys
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 353-5300

Dated: June 19, 2026

7