UNITED STATES DISTRICT COURT
N UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 24CR357 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Steven C Seeger |
| v. | ) | |
| | ) | |
| CHRISTOPHER YATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S EXHIBIT LIST

**NOW COMES,** the Defendant, CHRISTOPHER YATES, by his attorney, Tia L. Haywood of HAYWOOD MONTE LAW OFFICES, with the instant Exhibit List. This Exhibit List takes into account that the Government has already provided its Revised Exhibit List and thus, these are all the Exhibits not referenced in what the Government already designated.

| Exhibit Number | Description | Purpose |
|---|---|---|
| DX1 | DHS Report for Special Agent Medina Bates-Stamped DHSROI_001-000157 July 18, 2024 consensual recorded phone call with SOI-1 and Yates report | FRE 803(6)(7)(8), possible impeachment |
| DX2 | Audio of July 18, 2024 consensual recorded phone call with SOI-1 and Yates Discovery titled Audio 2024-08-22 | FRE 901, 801 possible impeachment |
| DX3 | DHSCONSENT_001-000001 Refused Consent to Search form by Yates for cell phone | FRE 803(6)(7)(8), possible impeachment |
| DX4 | Criminal Complaint with Affidavit Bats-Stamped 24CR357_001-000001 | FRE 803(8), impeachment |

1

| DX5 | TMOBILE_003-000002 T-Mobile Response to record Request | FRE 803(6), impeachment |
|---|---|---|
| DX6 | 24CR532_001-000001 Transcript of hearing proceedings in front of Judge Pallmyer | Impeachment |
| DX7 | SCREENSHOT_001-000001 screenshot of SOI-1 invitation allegedly to Yates to join WhatsApp | Impeachment |
| DX8 | AEOGJSCRIPTS003-000001 Grand Jury Transcript of SOI-1 | Impeachment |
| DX9 | AEOGJSCRIPTS002-000001 Grand jury transcript of CD-1 | Impeachment |
| DX10 | AEO_GJSCRIPTS_001-000001 Grand jury Transcript of Special Agent Medina | Impeachment |
| DX11 | Background of SOI-1 subject to Government MIL 5 | Impeachment |
| DX12 | Background of CD-1 subject to Government MIL 5 | Impeachment |

**HAYWOOD MONTE LAW OFFICES**

By:_____
For the Haywood Monte Law Offices
Attorney for Christopher Yates

HAYWOOD MONTE LAW OFFICES
601 S. California Avenue
Chicago, Illinois 60612
312-488-1632
Attorney No. 6322016

2

## CERTIFICATE OF SERVICE

I, Tia L. Haywood, hereby cerify that the Defendant's Exhibit List was filed via the CM/ECF system to all Counsels of record on June 19, 2026.

_Tia L. Haywood_
_____
Attorney for Defendant Christopher Yates

3